UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HERMANN<br><br>                    Plaintiff,<br><br>    -against-<br><br>UNILY INC.<br><br>                    Defendant. | 25-CV-4431 (MKV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**


Plaintiff's spoliation motion is due on December 15, 2025; the opposition is due on

January 9, 2026; and the reply is due on January 16, 2026.



DATED:  December 1, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge