UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HERMANN<br><br>                   Plaintiff,<br><br>     -against-<br><br>UNILY INC.<br><br>                   Defendant. | 25-CV-4431 (MKV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 16, 2026, I granted the parties joint request for a 45-day extension of the discovery deadlines, extending the deadline for completion of fact discovery until **May 8, 2026** and for expert discovery until **June 9, 2026**. (*See* ECF 32.) In light of this order, I am sua sponte extending the deadlines relating to Plaintiff's anticipated spoliation motion as follows: Plaintiff's spoliation motion shall be filed by **June 30, 2026**; Defendant's opposition shall be filed by **July 28, 2026**; and Plaintiff's reply shall be filed by **August 4, 2026**.

DATED:  March 16, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge