UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HERMANN | |
| Plaintiff, | 25-CV-4431 (MKV) (RFT) |
| -against- | |
| UNILY INC. | **ORDER** |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on May 15, 2026, the deadline for completing expert discovery remains **June 9, 2026**. If Plaintiff files a spoliation motion earlier than the deadline of **June 30, 2026**, the opposition shall be due **28 days thereafter** and the reply shall be due **7 days following the filing of the opposition**. The parties shall participate in a mediation (either with a private mediator or one affiliated with the Court-annexed mediation program) or a settlement conference by **June 19, 2026**; the parties shall file a joint letter indicate their preferred forum for settlement talks by filing a joint letter on the docket by **May 29, 2026.**

DATED:  May 15, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge