kbr
KAUFMAN BORGEEST & RYAN LLP

1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530
TEL: 516.248.6000 FAX: 516.248.0677 WWW.KBRLAW.COM

CARA A. O'SULLIVAN
DIRECT: 516.200.7906
COSULLIVAN@KBRLAW.COM

July 20, 2026

Application **GRANTED**. Defendant's opposition to Plaintiff's motion for spoliation shall be filed by **August 18, 2026**. Defendant's reply, if any, shall be due by **August 25, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 44.

Dated: July 20, 2026
New York, NY

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Via ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Hermann v. Unily, Inc., 25-cv-4431 (MKV)**
**Letter Motion for Extension of Time to File Opposition to Plaintiff's Spoliation Motion**

Dear Judge Tarnofsky:

As the Court is aware, this firm represents the Defendant in the above-referenced action. We write this letter to respectfully request an extension of time for Defendant to file its opposition to Plaintiff's motion for spoliation (Dkt. Nos.: 40-43) from July 28, 2026 to August 18, 2026.

The current deadline for Defendant to respond to the motion is July 28, 2026 and Plaintiff's reply is due on August 4, 2026. Defendant respectfully requests three (3) additional weeks, up to and including August 18, 2026, to submit its opposition. Thus, making Defendant's reply papers due on August 25, 2026 based on the prior briefing schedule. The need for the additional time is that the undersigned has been working on the matters in her heavy caseload, including depositions and mediations, and necessitates additional time to prepare the opposition papers. While this is Defendant's first request for additional time to submit its opposition papers, instant motion has been adjourned due to discovery deadlines on numerous occasions providing Plaintiff with significant time to prepare his moving papers.

Pursuant to the Court's Individual Rules, the undersigned informs the Court that Plaintiff does not consent to this extension of time. The reasoning given was the Plaintiff wants to move his case forward quickly.

We thank the Court for its kind consideration of this request.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Cara A. O'Sullivan

Cara O'Sullivan