kbr
KAUFMAN BORGEEST & RYAN LLP

1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530
TEL: 516.248.6000 FAX: 516.248.0677 WWW.KBRLAW.COM

CARA A. O'SULLIVAN
DIRECT: 516.200.7906
COSULLIVAN@KBRLAW.COM

October 26, 2026

**Via ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. Defendant shall respond to Plaintiff's attorney fee application by **November 17, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 63.

Dated: October 27, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Re: Hermann v. Unily, Inc., 25-cv-4431 (MKV)**
**Letter Motion for Extension of Time to File Opposition to Plaintiff's Attorney Fee Application**

Dear Judge Tarnofsky:

As the Court is aware, this firm represents the Defendant in the above-referenced action.

We write this letter, with Plaintiff's consent, to respectfully request an extension of time for Defendant to file its opposition to Plaintiff's Attorney Fee application (Dkt. Nos.: 55 - 62) from November 3, 2026 to November 17, 2026.

The need for the additional time is that the undersigned has been working on the matters in her heavy caseload, including depositions and mediations, and necessitates additional time to prepare the papers. This is Defendant's first request for additional time to submit its opposition papers to Plaintiff's attorney fee application.

We thank the Court for its kind consideration of this request.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Cara A. O'Sullivan

Cara O'Sullivan

12235338